UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV19-05643 JAK (PJWx) | Date | November 20, 2019 |
| Title | Andrew Harrison Kramer v. U. S. Marshals Eastern District | | |

Present: The Honorable **JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE**

| Andrea Keifer | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER DISMISSING CASE JS-6**

On November 6, 2019, the Court issued an order to show cause as to why this action should not be dismissed for lack of prosecution (the "OSC"). The OSC directed Plaintiff to file a proof of service showing that Defendant was served with the Petition and/or respond to the OSC in writing no later than December 4, 2019. Plaintiff submitted a letter on November 13, 2019, requesting that the case be dismissed and inquiring whether the filing fee was received in Case LA CV19-08385 JAK (PJWx) (the "Letter"). Pursuant to L.R. 53-2.5, this District requires all communications with the Court through an appropriate application or motion that is filed on the docket. Although letters are not permitted pursuant to the Local Rule, in the interest of party and judicial economy, the Court will accept it as filed. However, Plaintiff is advised that any future document will be stricken if it does not comply with the Local Rules.

In light of the foregoing, it is ordered that this action is **DISMISSED**. The action will be dismissed without prejudice unless Plaintiff files a dismissal with prejudice on or before January 6, 2020. The filing fee of $350 has been received in Case LA CV19-08385 JAK (PJWx). In the future, Plaintiff shall submit the appropriate request, motion, or application specific to a single case so that it and the order can be filed in the case to which it refers.

**IT IS SO ORDERED.**

                                    : 

                        Initials of Preparer   ak